1    TIMOTHY W. KENNA, ESQ.    SBN 64280
     **WILSON, KENNA & BORYS** LLP
2    25 East Union Street
     Pasadena, California 91103
3    Telephone:    (626) 568-4041
     Facsimile:    (626) 405-9219
4

5    Attorneys for Plaintiff North American Capacity
     Insurance Company, as successor in interest to
6    Underwriters Insurance Company

7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11   NORTH AMERICAN CAPACITY            )   **CASE NO. C 03-05521 SBA**
     INSURANCE COMPANY, as successor in )   [Assigned to the Honorable  Saundra B. Armstrong]
12   interest to UNDERWRITERS INSURANCE )
     COMPANY,                           )
13                                      )
                Plaintiff,              )
14                                      )
          v.                            )   **STIPULATION OF DISMISSAL**
15                                      )   **OF GONSALVES & SANTUCCI, INC.**
     TURNER CONSTRUCTION COMPANY, a     )   **DBA CONCO CONCRETE COMPANY**
16   corporation; JAMES E. ROBERTS-     )
     OBAYASHI CORPORATION; WILLIAM      )   ORDER OF DISMISSAL
17   LYONE HOMES, INC., a corporation; DAME )
     CONSTRUCTION CO., INC., a corporation; )
18   GONSALVES & SANTUCCI, d/b/a CONCO  )
     CEMENT COMPANY; EMPLOYERS          )
19   INSURANCE OF WAUSAU, a corporation; )
     NATIONAL UNION FIRE INSURANCE CO., )
20   a corporation; AMERICAN INTERNATIONAL )
     SURPLUS LINES, a corporation; NATIONAL )
21   UNION FIRE INSURANCE CO., a        )
     corporation; ZURICH AMERICAN       )
22   INSURANCE COMPANY, a corporation;  )
     AMERICAN INTERNATIONAL SPECIALTY   )
23   LINES, a corporation; and DOES 1 THROUGH )
     10, Inclusive,                     )
24                                      )
                Defendants.             )
25   _____)

26        IT IS HEREBY STIPULATED by and between the parties to this action through their

27   designated counsel that the above-captioned action be and hereby is dismissed with prejudice

28   pursuant to FRCP 41(a)(1).

     C:\Documents and Settings\lupe\Local Settings\Temporary Internet
     Files\Content.IE5\O1EV4XQV\Stip2Dismiss.Conco.wpd

                    Stipulation of Dismissal of Gonsalves dba Conco

1   DATED: July 6, 2005                          WILSON, KENNA & BORYS LLP

2

3                                                By _____
                                                    TIMOTHY W. KENNA
4                                                Attorneys for Plaintiff North American
                                                 Casualty Insurance Company, as successor in
5                                                interest to Underwriters Insurance Company

6

7   DATED: July 14, 2005                         LAW OFFICE OF JAMES C. HAIGH

8

9                                                By _____
                                                    JAMES C. HAIGH
10                                               Attorneys for Defendant Gonsalves &
                                                 Santucci, Inc., dba Conco Cement Company
11

12

13                                               ORDER

14  IT IS SO ORDERED:

15  DATED:  7/26/05                              By: ___/s/ Saundra Brown Armstrong___
                                                     HONORABLE JUDGE
16                                                   SAUNDRA B. ARMSTRONG

17

18

19

20

21

22

23

24

25

26

27

28
C:\Documents and Settings\lupe\Local Settings\Temporary Internet
Files\Content.IE5\O1EV4XQV\Stip2Dismiss.Conco.wpd    2
Stipulation of Dismissal of Gonsalves dba Conco