1  TIMOTHY W. KENNA, ESQ.    SBN 64280
   **WILSON, KENNA & BORYS LLP**
2  25 East Union Street
   Pasadena, California 91103
3  Telephone:  (626) 568-4041
   Facsimile:  (626) 405-9219
4

5  Attorneys for Plaintiff North American Capacity
   Insurance Company, as successor in interest to
6  Underwriters Insurance Company

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHAMERICAN CAPACITY           )  **CASE NO. C 03-05521 SBA**
   INSURANCE COMPANY, as successor in )  [Assigned to the Honorable Saundra B. Armstrong]
12 interest to UNDERWRITERS INSURANCE )
   COMPANY,                          )
13                                   )
              Plaintiff,              )
14                                   )
        v.                            )  **STIPULATION OF DISMISSAL**
15                                   )  **OF GONSALVES & SANTUCCI, INC.**
   TURNER CONSTRUCTION COMPANY, a  )  **DBA CONCO CONCRETE COMPANY**
16 corporation; JAMES E. ROBERTS-    )
   OBAYASHI CORPORATION; WILLIAM    )  ORDER OF DISMISSAL
17 LYONE HOMES, INC., a corporation; DAME )
   CONSTRUCTION CO., INC., a corporation; )
18 GONSALVES & SANTUCCI, d/b/a CONCO )
   CEMENT COMPANY; EMPLOYERS        )
19 INSURANCE OF WAUSAU, a corporation; )
   NATIONAL UNION FIRE INSURANCE CO., )
20 a corporation; AMERICAN INTERNATIONAL )
   SURPLUS LINES, a corporation; NATIONAL )
21 UNION FIRE INSURANCE CO., a       )
   corporation; ZURICH AMERICAN     )
22 INSURANCE COMPANY, a corporation; )
   AMERICAN INTERNATIONAL SPECIALTY )
23 LINES, a corporation; and DOES 1 THROUGH )
   10, Inclusive,                    )
24                                   )
              Defendants.             )
25 _____)

26      IT IS HEREBY STIPULATED by and between the parties to this action through their

27 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

28 pursuant to FRCP 41(a)(1).

C:\Documents and Settings\lupe\Local Settings\Temporary Internet
Files\Content.IE5\01EV4XQV\stip2Dismiss.Conco.wpd

                    Stipulation of Dismissal of Gonsalves dba Conco

| | | |
|---|---|---|
| 1 | DATED: July 6, 2005 | WILSON, KENNA & BORYS LLP |
| 2 | | |
| 3 | | By /s/ Timothy W. Kenna |
| 4 | | TIMOTHY W. KENNA<br>Attorneys for Plaintiff North American Casualty Insurance Company, as successor in interest to Underwriters Insurance Company |
| 5 | | |
| 6 | | |
| 7 | DATED: July 14, 2005 | LAW OFFICE OF JAMES C. HAIGH |
| 8 | | |
| 9 | | By /s/ James C. Haigh |
| 10 | | JAMES C. HAIGH<br>Attorneys for Defendant Gonsalves & Santucci, Inc., dba Conco Cement Company |

ORDER

IT IS SO ORDERED:

DATED: 7/26/05            By: /s/ Saundra Brown Armstrong
                              HONORABLE JUDGE
                              SAUNDRA B. ARMSTRONG

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Saundra B. Armstrong]*

C:\Documents and Settings\lupe\Local Settings\Temporary Internet Files\Content.IE5\O1EV4XQV\Stip2Dismiss.Conco.wpd    2
Stipulation of Dismissal of Gonsalves dba Conco

Last Pics.max