Newmeyer & Dillion   7/26/2005 10:11 AM   PAGE 2/003   Fax Server
07/19/2005  09:35  310-914-9675        WILSON, KENNA & BORYS        PAGE 02

TIMOTHY W. KENNA, ESQ.  SBN 64280
CARLO RAZO, ESQ.        SBN 225340
WILSON, KENNA & BORYS LLP
11075 Santa Monica Blvd., Suite 300
Los Angeles, California 90025-3556
Telephone: (310) 478-4285

Attorneys for Plaintiff North American Capacity Insurance Company, as successor in interest to Underwriters Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, as successor in interest to UNDERWRITERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> TURNER CONSTRUCTION COMPANY, a corporation; JAMES E. ROBERTS-OBAYASHI CORPORATION; WILLIAM LYON HOMES, INC., a corporation; DAME CONSTRUCTION CO., INC., a corporation; GONSALVES & SANTUCCI, d/b/a CONCO CEMENT COMPANY; EMPLOYERS INSURANCE OF WAUSAU, a corporation; NATIONAL UNION FIRE INSURANCE CO., a corporation; AMERICAN INTERNATIONAL SURPLUS LINES, a corporation; NATIONAL UNION FIRE INSURANCE CO., a corporation; ZURICH AMERICAN INSURANCE COMPANY, a corporation; AMERICAN INTERNATIONAL SPECIALTY LINES, a corporation; and DOES 1 THROUGH 10, Inclusive, <br><br> Defendants. | CASE NO. C 03-05521 SBA <br> [Assigned to the Honorable Saundra B. Armstrong] <br><br><br> STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1) |

C:\Documents and Settings\tim\Local Settings\Temporary Internet Files\es\Content.IE5\OHSIGNOD\stipandorder2DismissWLN.wpd
STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(ii)

PAGE 2/3 * RCVD AT 7/19/2005 9:35:45 AM [Pacific Daylight Time] * SVR:NB-FAX0/2/0 * DNIS:7099 * CSID:310 914 9675 * DURATION (mm-ss):01-00

Last Pics.max                                                dockets.Justia.com

Newmeyer & Dillion    7/20/2005 10:41 AM    PAGE    3/003    Fax Server
Case 4:03-cv-05521-WDB   Document 78   Filed 07/27/2005   Page 2 of 2

07/19/2005  09:35   310-914-9675           WILSON, KENNA & BORYS           PAGE 03

IT IS HEREBY STIPULATED by and between Plaintiff NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAC") and Defendant WILLIAM LYON HOMES, INC. ("WLH") by and through their undersigned counsel that the complaint of NAC, and all related causes of action, against WLH are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) as a result of a settlement reached between the parties, each side to bear their own fees and costs herein.

DATED: June 22, 2005

WILSON, KENNA & BORYS LLP

By: _____
TIMOTHY W. KENNA
CARLO RAZO
Attorneys for Plaintiff North American Casualty Insurance Company, as successor in interest to Underwriters Insurance Company

DATED: July 20, 2005

NEWMEYER & DILLION LLP

By: _____
REED N. ARCHAMBAULT, ESQ.
BONNIE ROADARMEL, ESQ.
Attorneys for Defendant William Lyon Homes, Inc.

IT IS SO ORDERED:

DATED: 7/26/05

By: /s/ Saundra Brown Armstrong
Honorable Judge
Saundra B. Armstrong

C:\Documents and Settings\tim\Local Settings\Temporary Internet Files\Content.IE5\OHSLGHDD\Stipandorder2DismissWLH.wpd 2

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(ii)

PAGE 3/3 * RCVD AT 7/19/2005 9:35:45 AM [Pacific Daylight Time] * SVR:NB-FAX020 * DNIS:7099 * CSID:310 914 9675 * DURATION (mm-ss):01-00

Last Pics.max