```
 1 | TIMOTHY W. KENNA, ESQ.    SBN 64280
   | CARLO RAZO, ESQ.          SBN 225340
 2 | WILSON, KENNA & BORYS LLP
   | 11075 Santa Monica Blvd., Suite 300
 3 | Los Angeles, California 90025-3556
   | Telephone: (310) 478-4285
 4 |
 5 | Attorneys for Plaintiff North American Capacity
   | Insurance Company, as successor in interest to
 6 | Underwriters Insurance Company
 7 |
 8 |          UNITED STATES DISTRICT COURT
 9 |         NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | NORTH AMERICAN CAPACITY         ) CASE NO. C 03-05521 SBA
   | INSURANCE COMPANY, as successor ) [Assigned to the Honorable Saundra B.
12 | in interest to UNDERWRITERS     ) Armstrong]
   | INSURANCE COMPANY,              )
13 |                                 )
   |         Plaintiff,              )
14 |                                 )
   |     v.                          )
15 |                                 ) STIPULATION AND ORDER OF
   | TURNER CONSTRUCTION COMPANY, a  ) DISMISSAL PURSUANT TO FED. R.
16 | corporation; JAMES E. ROBERTS-  ) CIV. PROC. 41(a)(1)
   | OBAYASHI CORPORATION; WILLIAM   )
17 | LYON HOMES, INC., a corporation;)
   | DAME CONSTRUCTION CO., INC., a  )
18 | corporation; GONSALVES &        )
   | SANTUCCI, d/b/a CONCO CEMENT    )
19 | COMPANY; EMPLOYERS INSURANCE OF )
   | WAUSAU, a corporation; NATIONAL )
20 | UNION FIRE INSURANCE CO., a     )
   | corporation; AMERICAN           )
21 | INTERNATIONAL SURPLUS LINES, a  )
   | corporation; NATIONAL UNION FIRE)
22 | INSURANCE CO., a corporation;   )
   | ZURICH AMERICAN INSURANCE       )
23 | COMPANY, a corporation; AMERICAN)
   | INTERNATIONAL SPECIALTY LINES, a)
24 | corporation; and DOES 1 THROUGH )
   | 10, Inclusive,                  )
25 |                                 )
   |         Defendants.             )
26 |
27 |
28 | C:\Documents and Settings\tim\Local Settings\Temporary Internet
   | Files\Content.IE5\OHS1GHOD\stipandorder2DismissWLN.wpd
   |   STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(ii)
```

Newmeyer & Dillion    7/20/2005 10:41 AM    PAGE    3/003    Fax Server
Case 4:03-cv-05521-WDB    Document 78    Filed 07/27/05    Page 2 of 2

07/19/2005  09:35    310-914-9675    WILSON, KENNA & BORYS    PAGE  03

1  IT IS HEREBY STIPULATED by and between Plaintiff NORTH
2  AMERICAN CAPACITY INSURANCE COMPANY ("NAC") and Defendant WILLIAM
3  LYON HOMES, INC. ("WLH") by and through their undersigned counsel
4  that the complaint of NAC, and all related causes of action,
5  against WLH are hereby dismissed with prejudice pursuant to
6  Federal Rule of Civil Procedure, Rule 41(a)(1) as a result of a
7  settlement reached between the parties, each side to bear their
8  own fees and costs herein.

10  DATED: June 22, 2005        WILSON, KENNA & BORYS LLP

12                              By: _____
                                TIMOTHY W. KENNA
13                              CARLO RAZO
                                Attorneys for Plaintiff North
14                              American Casualty Insurance
                                Company, as successor in
15                              interest to Underwriters
                                Insurance Company

17  DATED: July 20, 2005        NEWMEYER & DILLION LLP

19                              By: _____
20                              REED N. ARCHAMBAULT, ESQ.
                                BONNIE ROADARMEL, ESQ.
21                              Attorneys for Defendant William
                                Lyon Homes, Inc.

23      IT IS SO ORDERED:

24  DATED: 7/26/05

26                              By: /s/ Saundra Brown Armstrong
27                                  Honorable Judge
                                    Saundra B. Armstrong

C:\Documents and Settings\tim\Local Settings\Temporary Internet
Files\Content.IE5\OHSLGHDD\Stipandorder2DismissWLH.wpd 2
STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(ii)

PAGE 3/3 * RCVD AT 7/19/2005 9:35:45 AM [Pacific Daylight Time] * SVR:NB-FAX020 * DNIS:7099 * CSID:310 914 9675 * DURATION (mm-ss):01-00

Last Pics.max