UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TURNER CONSTRUCTION COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 03-5521 WDB<br><br>ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE |

This case has been referred to the undersigned Magistrate Judge for all purposes up to and including trial. A **telephonic** case management conference will be conducted on **August 22, 2005,** at **2:30 p.m.** Plaintiff's counsel must initiate the telephonic conference call, get all other parties on the line, then call the court's conference call line at (510) 637-3326.

IT IS SO ORDERED.

Dated: August 11, 2005

                                                     WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: Parties, WDB.