UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY<br>INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>TURNER CONSTRUCTION<br>COMPANY, et al.,<br><br>              Defendants.<br>_____/ | No. C  03-5521 WDB<br><br>ORDER SCHEDULING TELEPHONIC<br>CASE MANAGEMENT<br>CONFERENCE |

This case has been referred to the undersigned Magistrate Judge for all purposes up to and including trial.  A **telephonic** case management conference will be conducted on **August 22, 2005,** at **2:30 p.m.**  Plaintiff's counsel must initiate the telephonic conference call, get all other parties on the line, then call the court's conference call line at (510) 637-3326.

IT IS SO ORDERED.

Dated: August 11, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:  Parties, WDB.