UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY<br>INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>TURNER CONSTRUCTION<br>COMPANY, et al.,<br><br>          Defendants.<br>_____/ | No. C  03-5521 WDB<br><br>ORDER FOLLOWING AUGUST 22,<br>2005, CASE MANAGEMENT<br>CONFERENCE |

On August 22, 2005, the Court conducted a Case Management Conference in the above-referenced case.  For reasons articulated more fully on the record, the Court ORDERS as follows:

1.  **By Tuesday, September 13, 2005**, the parties must e-file a brief Case Management Conference statement.  The statement must contain the parties' respective proposals for a trial date.

2.  The Court will conduct a further telephonic Case Management Conference on **Friday, September 16, 2005, at 1:30 p.m.**  Mr. Podesta must initiate the conference call, get all interested parties on the line, then call the court's conference call line at (510) 637-3326.

3. If the parties agree to fully resolve the case prior to September 16, 2005, plaintiff's counsel should e-file with the court and serve on opposing counsel a letter so stating.  This letter should proffer a deadline by which the parties must submit their stipulated

1

1  dismissal to the court.  Upon receipt of such a letter, the court will vacate the September 16,
2  2005, Case Management Conference unless the parties wish otherwise.
3      IT IS SO ORDERED.
4  Dated: August 23, 2005

                                         _____
                                         WAYNE D. BRAZIL
                                         United States Magistrate Judge

5  Copies to: Parties, WDB, stats.