TIMOTHY W. KENNA, ESQ. SBN 64280
GILBERT, KELLY, CROWLEY & JENNETT, LLP

333 City Boulevard, Suite 1600
Orange, CA 92868

(714) 541-5000     (714) 541-0670



RECEIVED
DEC 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 07 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, as successor in interest to UNDERWRITERS INSURANCE COMPANY<br><br>Plaintiff(s)<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, a corporation, JAMES E. ROBERTS-OBAYASHI CORPORATION, WILLIAM LYONS HOMES, INC., a corporation, etc.<br><br>Defendant(s) | CASE NUMBER:<br><br>C03-05521 ~~SBA~~ WDB<br><br><br>**SUBSTITUTION OF ATTORNEY** |

**NORTH AMERICA CAPACITY INSURANCE COMPANY**     [X] Plaintiff   [ ] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes **GILBERT, KELLY, CROWLEY & JENNETT, LLP** _____ who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   333 City Boulevard, Suite 1600
                                                                    *Street Address*
Orange, CA 92868              (714) 541-5000           (714) 541-0670              64280
*City, State, Zip Code*       *Telephone Number*       *Facsimile Number*      *State Bar Number*

as attorney of record in the place and stead of **WILSON, KENNA & BORYS, LLP**
                                                 *Present Attorney*

Dated: October 10, 2005                    _____ Sr. VICE PRESIDENT
                                           *Signature of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 9·30·05                             _____
                                           *Signature of Present Attorney*
                                           WILSON, KENNA & BORYS, LLP

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 10·3·05                             _____
                                           *Signature of New Attorney*
                                           TIMOTHY W. KENNA

---

Substitution of Attorney is hereby   [✓] Approved.   [ ] Denied.

Dated: 12-6-05                             _____
                                           United States ~~District Judge~~ / Magistrate Judge

---

**NOTICE TO COUNSEL:**   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                    CCD-G1

cc parties (via mail), WDB, stats