UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TURNER CONSTRUCTION COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 03-5521 WDB<br><br>ORDER FOLLOWING RECEIPT OF CORRESPONDENCE REGARDING DEFENDANT TURNER CONSTRUCTION COMPANY'S OBLIGATION TO RESPOND TO PLAINTIFF'S PENDING MOTION FOR SUMMARY JUDGMENT |

The Court has received and reviewed defendant Turner Construction Company's correspondence, dated January 24, 2006, regarding defendant's obligation to respond to plaintiff's pending motion for summary judgment. <u>Plaintiff is hereby ordered to file a response to defendant's correspondence</u> **by no later than tomorrow, January 27, 2006, at 1:00 p.m.** After reviewing plaintiff's response, the Court will decide whether to conduct a Case Management Conference to further discuss Turner's request to be excused from responding to plaintiff's motion for summary judgment, or whether an alternative course of action is more appropriate.

IT IS SO ORDERED.

Dated: January 26, 2006                        /s/ Wayne D. Brazil
                                                                WAYNE D. BRAZIL
                                                                United States Magistrate Judge

Copies to: Parties, WDB, stats.