**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>TURNER CONSTRUCTION COMPANY, et al.,<br><br>          Defendants.<br>_____/ | No. C  03-5521 WDB<br><br>ORDER GRANTING REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT |

The Court has reviewed plaintiff's letter, filed February 16, 2006, requesting that the Court continue the hearing on plaintiff's Motion for Summary Judgment.

The Court GRANTS plaintiff's request.

The hearing scheduled for Wednesday, February 22, 2006, is CONTINUED to **April 5, 2006, at 1:30 p.m.**

Plaintiff must promptly submit settlement and/or dismissal paperwork for defendants other than Turner and Roberts-Obayashi.

Plaintiff must notify the Court immediately if it reaches settlement with Turner or with Roberts-Obayashi.

**By Wednesday, March 22, 2006,** plaintiff must file with the Court and serve on all opposing parties (1) its Reply, if any, to Turner's Opposition to plaintiff's Motion for Summary Judgment, (2) a statement identifying which issues raised by plaintiff's Motion for

//

//

1

1  Summary Judgment remain unresolved and which are moot, and (3) a statement advising the
2  Court about any other matters necessary to update the Court about the status of the case.
3  IT IS SO ORDERED.

Dated: February 16, 2006                    /s/ Wayne D. Brazil
                                           WAYNE D. BRAZIL
                                           United States Magistrate Judge

Copies to: Parties, WDB, stats.