GILBERT, KELLY, CROWLEY & JENNETT LLP
TIMOTHY KENNA, P.C.
1055 West Seventh Street, Suite 2000
Los Angeles, California 90017-2577
Telephone: (213) 580-7000
Facsimile: (213) 580-7100

Attorneys for Plaintiffs
UNDERWRITERS INSURANCE COMPANY, NORTH
AMERICAN CAPACITY INSURANCE CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, as successor in interest to UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, a corporation; JAMES E. ROBERTS-OBAYASHI CORPORATION; WILLIAM LYONE HOMES, INC., a corporation, DAME CONSTRUCTION CO., INC., a corporation, GONSALVES & SANTUCCI, d/b/a CONCO CEMENT COMPANY;,<br><br>Defendants. | Case No. C03-05521WDB<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

IT IS HEREBY STIPULATED by and between Plaintiff, NORTH AMERICAN CAPACITY INSURANCE ("NAC") and Defendants AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE COMPANY and NATIONAL UNION INSURANCE COMPANY, by AIG Claim Services, Inc, by and through their undersigned counsel that the complaint of NAC, and all related causes of action, against AMERICAN INTERNATIONAL SURPLUS LINES INSURANCE COMPANY and NATIONAL UNION INSURANCE COMPANY, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

As a result of a settlement reached between the parties, each side is to bear their own fees and costs herein.

Dated: March 23, 2006

GILBERT, KELLY, CROWLEY & JENNETT LLP

By: /S/
TIMOTHY KENNA, P.C.
Attorneys for Plaintiff
NORTH AMERICAN CAPACITY
INSURANCE CO. AS SUCCESSOR IN
INTEREST TO UNDERWRITERS
INSURANCE COMPANY

Dated: January 25, 2006

BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

By: /S/
JOHN H. PODESTA
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY AND AMERICAN
INTERNATIONAL SPECIALTY LINES
INSURANCE COMPANY

IT IS SO ORDERED

Dated: April 3, 2006      By: _____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE