GILBERT, KELLY, CROWLEY & JENNETT LLP
TIMOTHY KENNA
1055 West Seventh Street, Suite 2000
Los Angeles, California 90017-2577
Telephone: (213) 580-7000
Facsimile: (213) 580-7100

Attorneys for Plaintiffs,
UNDERWRITERS INSURANCE COMPANY, NORTH AMERICAN CAPACITY INSURANCE CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, as successor in interest to UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, a corporation; JAMES E. ROBERTS-OBAYASHI CORPORATION; WILLIAM LYONE HOMES, INC., a corporation, DAME CONSTRUCTION CO., INC., a corporation, GONSALVES & SANTUCCI, d/b/a CONCO CEMENT COMPANY;,<br><br>Defendants. | Case No. C 03-05521 WDB<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

IT IS HEREBY STIPULATED by and between Plaintiff, NORTH AMERICAN CAPACITY INSURANCE ("NAC") and Defendant, EMPLOYERS INSURANCE OF WAUSAU, by and through their undersigned counsel that the complaint of NAC, and all related causes of action, against EMPLOYERS INSURANCE OF WAUSAU, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

///

///

///

---

Gilbert, Kelly
Crowley & Jennett LLP
*Attorneys at Law*

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1264001.2  61201-00004  TWK

-2-

As a result of a settlement reached between the parties, each side is to bear their own fees and costs herein.

Dated: March 28, 2006             GILBERT, KELLY, CROWLEY & JENNETT LLP

By: /S/
TIMOTHY KENNA
Attorneys for Plaintiffs,
NORTH AMERICAN CAPACITY
INSURANCE COMPANY AS SUCCESSOR
IN INTEREST TO UNDERWRITERS
INSURANCE COMPANY

Dated: November 16, 2005          SENN MEULEMANS LLP

By: /S/
WAYNE BURKAMP
Attorneys for Defendants,
EMPLOYERS INSURANCE OF WAUSAU

IT IS SO ORDERED

Dated: April 3, 2006              By: _____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

Gilbert, Kelly
Crowley & Jennett LLP
Attorneys at Law

1264001.2  61201-00004

-2-
STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(a)(1)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gilbert, Kelly
Crowley & Jennett LLP**
*Attorneys at Law*

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1264001.2  61201-00004  TWK