```
 1 │ GILBERT, KELLY, CROWLEY & JENNETT LLP
   │ TIMOTHY KENNA, P.C.
 2 │ 1055 West Seventh Street, Suite 2000
   │ Los Angeles, California 90017-2577
 3 │ Telephone:  (213) 580-7000
   │ Facsimile:  (213) 580-7100
 4 │
   │ Attorneys for Plaintiffs
 5 │ UNDERWRITERS INSURANCE COMPANY, NORTH
   │ AMERICAN CAPACITY INSURANCE CO.
 6 │
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │              NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ NORTH AMERICAN CAPACITY          ) Case No. C03-05521WDB
   │ INSURANCE COMPANY, as successor in )
12 │ interest to UNDERWRITERS INSURANCE )
   │ COMPANY,                         ) STIPULATION AND ORDER OF
13 │                                  ) DISMISSAL PURSUANT TO FEDERAL
   │            Plaintiffs,           ) RULE OF CIVIL PROCEDURE 41(a)(1)
14 │                                  )
   │     v.                           )
15 │                                  )
   │ TURNER CONSTRUCTION COMPANY, a   )
16 │ corporation; JAMES E. ROBERTS-OBAYASHI )
   │ CORPORATION; WILLIAM LYONE HOMES,)
17 │ INC., a corporation, DAME CONSTRUCTION )
   │ CO., INC., a corporation, GONSALVES & )
18 │ SANTUCCI, d/b/a CONCO CEMENT     )
   │ COMPANY;,                        )
19 │                                  )
   │            Defendants.           )
20 │ ─────────────────────────────────
```

21    IT IS HEREBY STIPULATED by and between Plaintiff, NORTH AMERICAN

22 CAPACITY INSURANCE ("NAC") and Defendant, ZURICH AMERICAN INSURANCE

23 COMPANY, a corporation, by and through their undersigned counsel that the complaint of NAC,

24 and all related causes of action, against ZURICH AMERICAN INSURANCE COMPANY, are

25 hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

26 ///

27 ///

28 ///

---

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1284603.1  61201-00004  JMD

1  As a result of a settlement reached between the parties, each side is to bear their own fees
2  and costs herein.

3

4  Dated: March 23, 2006

   GILBERT, KELLY, CROWLEY & JENNETT LLP

5

6  By: /S/
   TIMOTHY KENNA, P.C.
7  Attorneys for Plaintiff
   NORTH AMERICAN CAPACITY
8  INSURANCE CO. AS SUCCESSOR IN
   INTEREST TO UNDERWRITERS
9  INSURANCE COMPANY

10 Dated: February 1, 2006

   SINNOT, DITO, MOURA & PUEBLA LLP

11

12

13 By: /S/
   JO LYNN POLLARD
   Attorneys for Defendant
14 ZURICH AMERICAN INSURANCE
   COMPANY

15

16 IT IS SO ORDERED

17
   Dated: April 3, 2006                By: _____
18                                     HONORABLE WAYNE D. BRAZIL
                                       UNITED STATES MAGISTRATE JUDGE