GILBERT, KELLY, CROWLEY & JENNETT LLP
TIMOTHY W. KENNA, State Bar. No. 064280
JENNIFER M. DAMON, State Bar No. 115963
1055 West Seventh Street, Suite 2000
Los Angeles, California 90017-2577
Telephone:  (213) 580-7000
Facsimile:  (213) 580-7100

Attorneys for Plaintiff
NORTH AMERICAN CAPACITY INSURANCE
COMPANY, as successor in interest to UNDERWRITERS
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, as successor in interest to UNDERWRITERS INSURANCE COMPANY,<br><br>             Plaintiffs,<br><br>     v.<br><br>TURNER CONSTRUCTION COMPANY, a corporation; JAMES E. ROBERTS-OBAYASHI CORPORATION; WILLIAM LYONE HOMES, INC., a corporation, DAME CONSTRUCTION CO., INC., a corporation, GONSALVES & SANTUCCI, d/b/a CONCO CEMENT COMPANY;,<br><br>             Defendants. | Case No. C03-05521WDB<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

IT IS HEREBY STIPULATED by and between Plaintiff, NORTH AMERICAN CAPACITY INSURANCE COMPANY, as successor in interest to UNDERWRITERS INSURANCE COMPANY ("NAC") and Defendant, TURNER CONSTRUCTION COMPANY, a corporation, by and through their undersigned counsel, that the complaint of NAC and all related causes of action against TURNER CONSTRUCTION COMPANY are hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

///

///

As a result of a settlement reached between the parties, each side is to bear their own fees and costs herein.

Dated: May 12, 2006

GILBERT, KELLY, CROWLEY & JENNETT LLP

By: _____/S/_____
TIMOTHY W. KENNA, ESQ.
JENNIFER M. DAMON, ESQ.
Attorneys for Plaintiff
NORTH AMERICAN CAPACITY INSURANCE CO. AS SUCCESSOR IN INTEREST TO UNDERWRITERS INSURANCE COMPANY

Dated: May 16, 2006

LONDON FISCHER LLP
RICHARD S. ANDRES, ESQ.

SAXE DOERNBERGER & VITA, PC
KEVIN P. DEAN, ESQ.

By: _____/S/_____
KEVIN P. DEAN, ESQ.
Attorneys for Defendant
TURNER CONSTRUCTION COMPANY

IT IS SO ORDERED

Dated: May 17 , 2006

By: */s/ Wayne D. Brazil*
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE