UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, | No. C  03-5521 WDB |
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| TURNER CONSTRUCTION COMPANY, et al., | |
| Defendants. | |

At this juncture, plaintiff has voluntarily dismissed its claims against all defendants except James E. Roberts-Obayashi Corporation.

Pursuant to the Court's Order re Plaintiff's Motion for Summary Judgment, filed April 5, 2006, and plaintiff's, letter filed June 21, 2006, the Court ORDERS that plaintiff's complaint against defendant Roberts-Obayashi is DISMISSED with prejudice.

This concludes this litigation and any pending motions are terminated.

IT IS SO ORDERED.

Dated: July 14, 2006         /s/ Wayne D. Brazil
                             WAYNE D. BRAZIL
                             United States Magistrate Judge

Copies to:  Parties, WDB, stats.